**In the Matter of Joseph WEISSMAN, Bankrupt; Melville Boyd et al., as Trustees, Appellants.**

Circuit Court of Appeals, Second Circuit. December 11, 1929.

No. 132.

Archibald Palmer and Sidney B. Levy, of Brooklyn, N. Y., for appellant.

George E. Beers and William L. Beers, of New Haven, Conn., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order [37 F.(2d) 585] affirmed in open court.